AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

**FILED**
MAR 2 7 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

GILBERT LEIJA, BRENDA LEIJA, AND
ROBERT LEIJA,
Plaintiffs,

v.

KICKAPOO TRADITIONAL TRIBE OF TEXAS
AND CHARLENE JIMENEZ,
Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-18-CV-043-AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiffs' Motion for Summary Judgment (ECF No. 43) is GRANTED IN PART and DENIED IN PART. Specifically, the Court finds and declares that: 1. The Tribal Court has already dismissed Case No. 18-160 and has voluntarily ceded jurisdiction to the state court. Accordingly, this issue is moot. 2. The 365th Judicial District Court has exclusive jurisdiction over this matter as it presently stands, unless facts and circumstances change that may affect jurisdiction. 3. The Agreed Order remains in full effect unless facts and circumstances change that may modify or nullify it. 4. The ICWA does not apply to this case as it presently stands. The Defendants' Cross-Motion to Dismiss Proceedings as Moot (ECF No. 44) is GRANTED IN PART and DENIED IN PART. The Defendant KTTT's Motion to Dismiss (ECF No. 17) is GRANTED. All claims against the Defendant KTTT are DISMISSED. However, the Motion to Dismiss the proceedings as to Defendant Jimenez is DENIED and are disposed of in the portion of this Order concerning the Plaintiffs' Motion for Summary Judgment. The Plaintiffs' Motion for Entry of Default Against Charlene Jimenez (ECF No. 15) GRANTED. It is further ORDERED that costs shall be awarded to the Plaintiffs. Pursuant to Local Rule CV-54 and Rule 54 of the Federal Rules of Civil Procedure, the Plaintiffs "shall prepare and file a proposed bill of costs no later than 14 days after the entry of judgment," and shall serve it on all parties. Local Court Rule CV-54(a); AO Form 133.

| 3/27/2019 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |